1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND M. DOUGLAS,                    No.  2:16-CV-00375-MCE-AC
                                             No.  2:16-CV-00415-TLN-GGH
12              Plaintiff,

13       v.

14    CITY OF SACRAMENTO, ET AL.,            **RELATED CASE ORDER**

15              Defendant.

16

17          Examination of the above-entitled civil actions reveals that these actions are

18    related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

19    many of the same defendants and are based on the same or similar claims, the same

20    property transaction or event, similar questions of fact and the same questions of law,

21    and would therefore entail a substantial duplication of labor if heard by different judges.

22          Accordingly, the assignment of the matters to the same judge is likely to effect a

23    substantial savings of judicial effort and is also likely to be convenient for the parties.

24          The parties should be aware that relating the cases under Local Rule 123 merely

25    has the result that both actions are assigned to the same judge; no consolidation of the

26    action is effected.  Under the regular practice of this court, related cases are generally

27    assigned to the district judge and magistrate judge to whom the first filed action was

28    assigned.

                                              1

1    IT IS THEREFORE ORDERED that the action denominated 2:16-CV-00415 is

2  reassigned to Chief Judge Morrison C. England, Jr. for all further proceedings, and any

3  dates currently set in 2:16-CV-00415 are hereby VACATED.  The Clerk of the Court is to

4  issue an Order Requiring Joint Status Report.  Henceforth, the caption on documents

5  filed in the reassigned shall be shown as 2:16-CV-00415-MCE-AC.

6    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

7  adjustment in the assignment of cases to compensate for this reassignment.

8    IT IS SO ORDERED.

9  DATED:  April 28, 2016

_____

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT