# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND M. DOUGLAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-0375 MCE AC (PS)<br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se and in forma pauperis, filed the above-entitled action. The matter was referred to a United States Magistrate Judge by Local Rule 302(c)(21).

　　　　On June 10, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 13.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 14.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The findings and recommendations filed June 10, 2016 (ECF No. 13), are ADOPTED IN FULL;

2. All Section 1983 claims against Defendants City of Sacramento and Sacramento Police Department are DISMISSED with prejudice, and all state claims against those defendants are DISMISSED without prejudice to their renewal in an appropriate state forum;

3. Service is appropriate for the following defendant: Police Officer Rath, Badge # 610.

    a. Plaintiff is directed to supply the U.S. Marshal, within 30 days from the date this order is electronically filed, with all information needed by the Marshal to effect service of process (listed below).   Within 10 days of having supplied this information, plaintiff shall file a statement with the court that said documents have been submitted to the United States Marshal (see attachment).  The required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to:  United States Marshals Service, 501 "I" Street, Suite 5600, Sacramento, CA  95814 (tel. 916-930-2030).   The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in paragraph 2 above, at least:

        (1)  One completed summons;

        (2)  One completed USM-285 form;

        (3)  One copy of the endorsed filed Second Amended Complaint, with an extra copy for the United States Marshal;

        (4)  One copy of the form to consent or decline to consent to magistrate judge jurisdiction; and

        (5)  One copy of this order.

    b. The United States Marshal is directed to serve process promptly on each defendant identified in paragraph 2 above, without prepayment of costs.

///

///

    c.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

    d.  The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Suite 5600, Sacramento, CA  95814 (tel. 916-930-2030).

Dated:  July 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE