UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND M. DOUGLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:16-cv-0375 MCE AC (PS)<br><br><br><br><br><u>ORDER TO SHOW CAUSE WHY CASES<br>SHOULD NOT BE CONSOLIDATED</u> |
| RAYMOND M. DOUGLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:16-cv-0415 MCE AC (PS) |

In both of the above-captioned cases, plaintiff alleges that on March 31, 2015 at about 10:30 a.m., he was subjected to excessive force and an unlawful search, by both a City of Sacramento Police Officer and a County of Sacramento Deputy Sheriff. <u>Douglas v. City of</u>

1

1  Sacramento, 16-cv-0375, ECF No. 10 ("City Complaint") (E.D. Cal. May 23, 1016); Douglas v.
2  County of Sacramento , 16-cv-0415, ECF No. 9 ("County Complaint") (E.D. Cal. May 23, 2016).
3  Plaintiff additionally alleges that he was arrested by the Deputy Sheriff.
4      Plaintiff has sued the County and the Deputy Sheriff in the County Complaint, and he has
5  sued the City and the Police Officer in the City Complaint.  The cases have already been "related"
6  to each other under E.D. Cal. R. ("Local Rule") 123(a).
7      Accordingly, IT IS HEREBY ORDERED that the parties shall show cause, in writing, no
8  later than 30 days from the date of this order, why these cases should not be consolidated under
9  Fed. R. Civ. P. 42(a).
10 DATED: July 27, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2