1 | RAYMOND M. DOUGLAS
2 | General Delivery
3 | Sacramento CA, 95812
4 | (916) 578 - 4662
5 | RaymonDouglas@outlook.com
6 | Plaintiff, in Pro Per

**FILED**

DEC 1 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND M. DOUGLAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SACRAMENTO, ET AL.,<br><br>　　　　Defendants. | NO. 2:16 - CV - 375 MCE AC (PS)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

The plaintiff, hereby, gives notice to the court of the voluntary dismissal of the, herein, action and does so without prejudice. The plaintiff voluntarily dismisses this action, under F.R.C.P. Rule 41(a)(1)(i).

DATED: December 12, 2016

*Raymond Douglas*

BY: Raymond M. Douglas

Plaintiff, in Pro Per

1